**No. 58572.**—Louis Greenberg & Son, Inc., and M. Pressner & Co. *v.* United States, protests 235796–K and 235803–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of compass rings similar in all material respects to those the subject of Abstract 58039, the claim of the plaintiffs was sustained.

**No. 58573.**—Davies Turner & Company *v.* United States, protest 194435–K/4080 (Chicago).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of wooden roosters similar in all material respects to those the subject of Abstract 55996, the claim of the plaintiff was sustained.

**No. 58574.**—American Express Co. *v.* United States, protest 203826–K/4436 (Chicago).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of pendants similar in all material respects to the merchandise the subject of *Brier Manufacturing Co.* v. *United States* (39 C. C. P. A. 68, C. A. D. 465), the claim of the plaintiff was sustained.

**No. 58575.**—Otto Kadmon and Langfelder, Homma & Carroll, Inc. *v.* United States, protests 225349–K and 225369–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C.D. 1445), the claim of the plaintiffs was sustained.